Samuel R. JACKSON, Plaintiff–Appellant,

v.

Eddie HART; Charlie Hargrove; Joyce Cozart; Gregory Gouldman; Ascee Anderson; Pamela Henderson; Dr. Joseph Lightsey, Defendants–Appellees.

No. 15-7946

United States Court of Appeals, Fourth Circuit.

Submitted: May 24, 2016

Decided: June 7, 2016

Samuel R. Jackson, Appellant Pro Se. Joseph Finarelli, Special Deputy Attorney General, North Carolina Department of Justice, Raleigh, North Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel R. Jackson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint and several related orders. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Jackson v. Hart</u>, No. 5:13–ct–03202–D (E.D.N.C. Nov. 9, 2015; Dec. 2, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED